**ROBERT L. ARLEO, ESQ.**
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                          Fax: (518) 751-1801
Email: r.arleo@verizon.net

October 21, 2013

Honorable Lois Bloom
United States Magistrate Judge, USDC
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201
via ECF

        Re:  Rivero v. Chase Receivables
            13-CV-3312

Dear Magistrate Judge Bloom:

   I am counsel for the Defendant named in the above-entitled action.

   The Plaintiff is representing himself Pro Se. I have engaged in settlement communications with the Plaintiff. The parties have agreed to the monetary amount which the Defendant will pay to the Plaintiff for the purpose of dismissing the above-entitled action with prejudice. In conjunction therewith the Plaintiff has placed a condition upon the Defendant, in regard to the payment of the settlement funds, which the Defendant cannot agree to as a matter of legality.

   The Defendant has negotiated the herein referenced monetary settlement with the Plaintiff solely for the purpose of avoiding the attorneys fees and costs associated with defending the above-entitled action.

   I am filing the herein letter motion pursuant to the authority bestowed upon Your Honor as set forth in the Order entered as docket number 4. The Defendant has not filed an answer based upon the costs associated therewith in light of the agreement by the Plaintiff to accept a monetary sum certain in settlement of the above-entitled action. I request that Your Honor schedule a settlement conference so that the issue regarding the improper settlement condition demanded by the Plaintiff may be resolved.

   I further request that Your Honor stay the Defendants' obligation to file an answer pending the outcome of the herein requested settlement conference.

   Thank you for your attention herein.

2

Respectfully submitted,

/ s / *Robert L. Arleo*

Robert L. Arleo

RLA:gra
cc: Reny Rivero via email