UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RENY RIVERO,

                Plaintiff,

    -against-

CHASE RECEIVABLES,

               Defendant.
------------------------------------------------------------------X

ORDER
13 CV 3312 (ENV)(LB)

**BLOOM, United States Magistrate Judge:**

Defendant's counsel requests a settlement conference in this matter, stating that the parties have agreed to a monetary amount but disagree as to a terms of payment, and requests that the Court stay defendant's response to the complaint pending the settlement conference. (ECF No. 6.) The Court grants defendant's request. Defendant's response to the complaint is stayed and the Court shall hold a conference to address defendant's letter on November 4, 2013 at 3:30 p.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                              /S/ Judge Lois Bloom

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: October 23, 2013
       Brooklyn, New York

FILED IN CLERK'S OFFICE U.S DISTRICT COURT E.D.N.Y. ★ OCT 23 2013 ★ BROOKLYN OFFICE