UNITED STATES DISTRICT COURT
EASTERN DISRICT OF NEW YORK
-------------------------------------------------------------x   No. 13-CV-3312 (ENV)(LB)

RENY RIVERO,

                Plaintiff

    -against-


CHASE RECEIVABLES,

               Defendant

-------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

    PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, RENY RIVERO, with prejudice as to said Plaintiff and without costs as to any party named herein.


DATED: Staten Island, New York
          November ___, 2013

                                                       By:_____
                                                             RENY RIVERO
                                                             131 Silver Lake Road
                                                             #406
                                                             Staten Island, New York 10301
                                                             Plaintiff Pro Se

Case 1:13-cv-03312-ENV-LB   Document 10-1   Filed 11/14/13   Page 2 of 2 PageID #: 60