UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Lois Bloom
United States Magistrate Judge

Civil Conference Appearance Sheet

TELEPHONE CONFERENCE

NOVEMBER 20, 2013

Case Name: <u>Rivero v. Chase Receivables</u>

Docket Number: <u>13-cv-3312</u>

Tick Numbers: 9:36 9:54
Total Time in Court: 20

**Plaintiff/Plaintiff's Counsel:**

Name: Rivero

Address/Firm: _____

Telephone: _____

☐ This is a new address.

**Defendant(s):**

Counsel: Arleo

Firm Name: _____

Counsel: _____

Firm Name: _____