UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RENY RIVERO,

      Plaintiff,

-against-

CHASE RECEIVABLES,

      Defendant.
-------------------------------------------------------------------X

**ORDER**
**13 CV 3312 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a telephone conference in this matter on November 20, 2013. The parties resolved their issues regarding the terms of the settlement and release on the record. Defendant shall electronically file the stipulation of discontinuance by December 16, 2013.

SO ORDERED.

          /S/ Judge Lois Bloom
          _____
          LOIS BLOOM
          United States Magistrate Judge

Dated: November 21, 2013
    Brooklyn, New York