UNITED STATES DISTRICT COURT
EASTERN DISRICT OF NEW YORK
-------------------------------------------------------------x   No. 13-CV-3312 (ENV)(LB)

RENY RIVERO,

                Plaintiff

-against-


CHASE RECEIVABLES,

                Defendant

-------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

PURSUANT TO Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, RENY RIVERO, with prejudice as to said Plaintiff and without costs as to any party named herein.

DATED: Staten Island, New York
             December 02, 2013

By: _____
RENY RIVERO
131 Silver Lake Road
#406
Staten Island, New York 10301
Plaintiff Pro Se

DATED: November 29, 2013

/ s / *Robert L. Arleo*
ROBERT L. ARLEO, ESQ.
(RA 7506)
Attorney for the Defendant
380 Lexington Avenue
17th Floor
New York, New York 10168
(212) 551-1115